# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2012

Robert P. Young, Jr.,
Chief Justice

145782

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

BRITTANY LEE SIMON,
       Plaintiff-Appellant,

v

STEVEN MICHAEL SIMON,
       Defendant-Appellee.

SC: 145782
COA: 308528
Clinton CC: 09-021720-DM

_____/

     On order of the Court, the application for leave to appeal the July 24, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 12, 2012

_____
Clerk

p1009